SOKOLOFF STERN LLP

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514 PHONE (516) 334-4500 FAX (516) 334-4501 WWW.SOKOLOFFSTERN.COM

LEO DORFMAN
LDORFMAN@SOKOLOFFSTERN.COM

November 14, 2025

**By ECF**
Hon. Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: *Baines v. Village of Rockville Centre, et al.*
Docket No. 25-CV-3951 (NJC) (ST)

Your Honor:

We represent Defendants Village of Rockville and A. Randy Dodd in this matter. We are pleased to report that we have reached a settlement in principle. On behalf of all parties, we respectfully request that the Court adjournment all remaining deadlines, *sin die*, to give the parties time to finalize the settlement.

Thank you for your time and consideration of this request.

Respectfully submitted,

SOKOLOFF STERN LLP

Leo Dorfman

LEO DORFMAN

cc: All counsel of record (via ECF)